**David Allen ABYLA, PhD.,**
**Plaintiff–Appellant,**

v.

**Sandra K. DALTON, Clerk; Frederick County Circuit Court; Social Services, Frederick County; Department of Aging, Frederick County, Defendants–Appellees.**

No. 15–2397.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 8, 2016.

Decided: March 4, 2016.

David Allen Abyla, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Allen Abyla seeks to appeal the district court's order partially dismissing his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Abyla seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Abyla's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*